# Court of Appeals
# of the State of Georgia

ATLANTA, May 26, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0619. CHARLIE BRANNER, JR. v. THE STATE.

Charles Branner, Jr., pleaded guilty to three counts of child molestation, and the trial court sentenced him to 30 years with 14 to serve. He subsequently filed a motion for discharge and acquittal, raising speedy trial issues. The trial court denied the motion but apparently sent notice of its ruling to an incorrect address for Branner, who then filed a motion for out-of-time appeal. After the trial court denied his request for an out-of-time appeal, Branner filed this appeal. The trial court's ruling on that motion, however, is moot.

By voluntarily entering a guilty plea, Branner waived his right to assert speedy trial issues on appeal. See *Wallace v. State*, 288 Ga. App. 480, 480-481 (654 SE2d 442) (2007); *Griffin v. State*, 278 Ga. 669 (604 SE2d 155) (2004). Because Branner is not entitled to appellate review of the trial court's denial of his motion for discharge and acquittal, the propriety of the trial court's ruling on his request for an out-of-time appeal from that ruling is moot. See *Carlock v. Kmart Corp.*, 227 Ga. App. 356, 361 (3) (a) (489 SE2d 99) (1997) (a moot issue is one where a ruling is sought on a matter that has no practical effect on the alleged controversy or where the issues have ceased to exist). Accordingly, this appeal is hereby DISMISSED. See OCGA § 5-6-48 (b) (3) (providing for dismissal of an appeal when the questions presented have become moot).



*Court of Appeals of the State of Georgia*

      *Clerk's Office, Atlanta,* __05/26/2021_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* _Stephen E. Castlen_____